UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO.: 0:21-cv-60385-AHS**

SAMEER FAROOQ,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, d/b/a ARS ACCOUNT
RESOLUTION SERVICES,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COUNT I
OF COMPLAINT AS TO VIOLATIONS OF THE FDCPA**

COME NOW, Plaintiff, Sameer Farooq, and Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services ("ARS") by and through their undersigned counsel, request entry of an Order dismissing Count I of Plaintiff's Complaint without Prejudice as to all claims of violations of 15 U.S.C. Section 1692e; 1692e(2)(A), and 1692f against Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services by Plaintiff, individually, and the proposed class.

Dated this **19th day of February, 2021.**

| | |
|---|---|
| */s/Jibrael S. Hindi* | */s/ Skohlmyer@shepardfirm.com* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 110108 |
| jibrael@jibraellaw.com | Skohlmyer@shepardfirm.com |
| Thomas J. Patti | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Florida Bar No. 118377 | 2300 Maitland Center Parkway, Suite 100 |
| tom@jibraellaw.com | Maitland, Florida 32751 |
| The Law Offices of Jibrael S. Hindi | Telephone (407) 622-1772 |
| 110 SE 6th Street, Suite 1744 | *Attorneys for Defendant, ARS* |
| Fort Lauderdale, Florida 33301 | |

1

Telephone: 954-907-1136
Facsimile: 855-529-9540
*Attorneys for Plaintiff*

/s/ Paul Herman
Paul Herman, Esq.
Florida Bar No. 405175
paul@consumeradvocatelaw.com
Consumer Advocates Law Group, PLLC
4801 Linton Blvd., Ste. 11A-560
Delray Beach, FL 33445
Telephone: 561-236-8851
Facsimile: 561-431-2352
*Attorneys for Plaintiff*

/s/ Joel A. Brown
Joel A. Brown, Esq.
Florida Bar No.: 66575
joel.brown@friedmanandbrown.com
Friedman & Brown, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309
Phone: (954) 966-0111
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on February 19, 2021, via the Court Clerk's CM/ECF. I further certify that a copy was furnished to Jibrael S. Hindi, Esquire and Thomas J. Patti, Esquire of The Law Offices of Jibrael S. Hindi at jibrael@jibraellaw.com and tom@jibraellaw.com; Paul A. Herman, Esquire of Consumer Advocates Law Group, PLLC. at paul@consumeradvocatelaw.com; and Joel A. Brown, Esquire of Friedman & Brown, LLC. at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff)*.

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*