UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: March 3, 2021

FILED BY _____ D.C.

MAR 16 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Clerk of Circuit and County Courts**
17th Judicial Circuit of Florida
230 Broward County Courthouse
201 South East 6th Street
Ft. Lauderdale, FL 33301

RE: District Court Case No.: <u>0:21-cv-60385-AHS</u>

State Court Case No.: <u>CACE-21-001170</u>

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By: **SHARON NISBITT**,
Deputy Clerk

On: **MAR 0 8 2021**.

Angela E. Noble, Clerk of Court

By  /s/ *Janier Arellano*
Deputy Clerk

**BRENDA D. FORMAN**
CLERK OF CIRCUIT AND COUNTY COURT
17TH JUDICIAL CIRCUIT

**CIRCUIT CIVIL/FAMILY DIVISION**
201 SOUTHEAST 6TH STREET, ROOM 04130
BROWARD COUNTY COURTHOUSE
FORT LAUDERDALE, FLORIDA 33301



Hasler
03/11/2021
US POSTAGE $00

RETURN SERVICE REQUESTED

U.S. District Court
400 North Miami Ave
Miami, FL 33128

BXP-PSB 33128



RECEIVED
MAR 16 2021
12:10 PM

INSPECTED
USMS

PRSRT 1ST CLASS 031221